UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CESAR PADILLA, Individually And On Behalf Of All Other Persons Similarly Situated,

Plaintiff,

-against-

REGENCY RESTAURANT L.L.C. d/b/a SERAFINA AT THE TIME HOTEL & SERAFINA BROADWAY LTD. d/b/a SERAFINA BROADWAY,

Defendants.
----------------------------------------------------------X

Case No.: 10-CV-4647
(E-FILE)

**ANSWER AND COUNTERCLAIM**

**PLEASE TAKE NOTICE** that the Defendants, Regency Restaurant L.L.C. d/b/a Serafina at the Time Hotel and Serafina Broadway Ltd. d/b/a Serafina Broadway, as and for their Answer to the Complaint allege as follows:

1. Deny each and every allegation contained in Paragraph "1" of the Complaint.

2. Deny each and every allegation contained in Paragraph "2" of the Complaint.

3. Lack knowledge and information sufficient to form a belief as to where Plaintiff resided at all relevant times as alleged in Paragraph "6" of the Complaint.

4. Deny each and every allegation contained in Paragraph "10" of the Complaint.

5. Deny each and every allegation contained in Paragraph "12" of the Complaint.

6. Deny each and every allegation contained in Paragraph "13" of the Complaint.

7. Deny each and every allegation contained in Paragraph "14" of the Complaint.

8. Deny so much of Paragraph "18" of the Complaint as alleges that the plaintiff was transferred.

9. Deny each and every allegation contained in Paragraph "21" of the Complaint.

10. Deny each and every allegation contained in Paragraph "23" of the Complaint.

11. Deny each and every allegation contained in Paragraph "24" of the Complaint.

12. Deny each and every allegation contained in Paragraph "26" of the Complaint.

13. Deny each and every allegation contained in Paragraph "29" of the Complaint.

14. Deny each and every allegation contained in Paragraph "30" of the Complaint.

15. Deny each and every allegation contained in Paragraph "31" of the Complaint.

16. Deny each and every allegation contained in Paragraph "32" of the Complaint.

17. Deny each and every allegation contained in Paragraph "33" of the Complaint.

18. Deny each and every allegation contained in Paragraph "36" of the Complaint.

19. Deny each and every allegation contained in Paragraph "37" of the Complaint.

20. Deny each and every allegation contained in Paragraph "38" of the Complaint.

21. Deny each and every allegation contained in Paragraph "39" of the Complaint.

22. Deny the allegations contained in Paragraphs "25" and "34" as such denials are set forth hereinabove with the same force and effect as if set forth hereat in length.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

23. The Plaintiff provided Defendant Regency Restaurant LLC with false and misleading information and has "unclean hands" which bar any recovery.

Dated: New York, New York
July 29, 2010

Respectfully submitted,

EATON & VAN WINKLE LLP

By: ______________________
Robert N. Swetnick (RNS6443)
*Attorneys for Defendants*
*Regency Restaurant L.L.C. d/b/a Serafina At The Time Hotel and Serafina Broadway, Ltd. d/b/a Serafina Broadway*
3 Park Avenue, 16th Floor
New York, New York 10016
Phone: (212) 349-2800
Facsimile: (212) 349-2944

TO: LAW OFFICES OF JUSTIN A. ZELLER, P.C.
Attn: Justin A. Zeller, Esq.
*Attorneys for Plaintiff*
277 Broadway, Suite 408
New York, New York 10007
Phone: (212) 229-2249
Facsimile: (212) 229-2246